NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**K. A.,**
*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

---

2023-1315

---

Appeal from the United States Court of Federal Claims in No. 1:16-vv-00989-MBH, Senior Judge Marian Blank Horn.

---

## JUDGMENT

---

ROBERT JOEL KRAKOW, I, Law Office of Robert J. Krakow, New York, NY, argued for petitioner-appellant.

NINA REN, Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee.  Also represented by BRIAN M. BOYNTON, C. SALVATORE D'ALESSIO, HEATHER LYNN PEARLMAN, DARRYL R. WISHARD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, MAYER, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 7, 2024
Date

Jarrett B. Perlow
Clerk of Court